# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FERNANDO E. MORALES,**

    **Plaintiff,**

v.                                       **Case No: 6:16-cv-358-Orl-28GJK**

**POINT 180, LLC,**

    **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the Defendant that the above-styled action has been resolved. (Defendant's Notice of Resolution, Doc. 20).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to lift the stay and administrative closure of this case and then to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July \_\_\_\_, 2016.

                                                  JOHN ANTOON II
                                                 United States District Judge

Copies furnished to:
Counsel of Record