**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FERNANDO E. MORALES,

    Plaintiff,

v.

POINT 180, LLC,    CASE NO.:  6:16-cv-358-Orl-28GJK

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, FERNANDO MORALES, and Defendant, POINT 180, LLC (Defendant or "Point 180"), pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that (1) the Parties have settled this action; (2) the Parties voluntarily dismiss this action with prejudice; and (3) each party shall bear its (or his) own attorneys' fees and costs.

**DATED** August 26, 2016.

                                                                                   Respectfully submitted,

| | |
|---|---|
| */s/ Daniel A. Perez* | */s/ Kevin D. Zwetsch* |
| Daniel A. Perez | Kevin D. Zwetsch |
| FL Bar # 426903 | FL Bar # 962260 |
| **HOGAN & HOGAN, PA** | Ina F. Crawford |
| 906 E. Michigan Street | FL Bar # 117663 |
| Orlando, FL  32806 | **OGLETREE, DEAKINS, NASH,** |
| Tel.  (407) 422-2188 |  **SMOAK & STEWART, P.C.** |
| Fax   (407) 422-3291 | 100 North Tampa Street, Suite 3600 |
| dperez@hoganlegal.com | Tampa, FL  33602 |
| *Attorneys for Plaintiff* | Tel:  813.289.1247 |
| | Fax:  813.289.6530 |
| | kevin.zwetsch@ogletreedeakins.com |
| | ina.crawford@ogletreedeakins.com |
| | *Attorneys for Defendant* |